Margaret Kruger Rohrer, Plaintiff-Appellant, v. Ross Jay Rohrer, First Securities Company of Chicago, a Corporation, Diversified Investment Fund, a Corporation, and Fundamental Investors, a Corporation, Defendants-Appellees.

Gen. No. 48,056. 

First District, First Division.

March 6, 1961.

Marovitz, Powell & Pizer, of Chicago (L. Louis Karton, of counsel) for appellant; Mulder and Frankel, of Chicago, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.